# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

PEAKSPEED, INC.,

      Plaintiff,

v.                                   Civil No. 20-1630 (JRT/BRT)

TIMOTHY EMERSON, et al,

      Defendants.

_____

FG SRC LLC,

      Plaintiff,

v.                                   Civil No. 21-614 (MJD/HB)

PEAKSPPED, INC., et al.

      Defendants.

---

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 20-cv-1630 (JRT/BRT) having been assigned to Judge John R. Tunheim and Magistrate Judge Becky R. Thorson and Case No. 21-cv-614 (MJD/HB) having later been assigned to Judge Michael J. Davis and Magistrate Judge Hildy Bowbeer, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 21-cv-614 (MJD/HB) be assigned to Judge John R. Tunheim and Magistrate Judge Becky R. Thorson, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: March 5, 2021

s/John R. Tunheim
John R. Tunheim
Chief Judge
United States District Court

Dated:  March 5, 2021

s/Judge Michael J. Davis
Michael J. Davis
United States District Court Judge